# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

TREVOR BOUTTE

CRIMINAL COMPLAINT
CASE NUMBER: 4:12MJ361

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 2012, up until the present, in the Eastern District of Texas and elsewhere, defendant **Trevor Boutte** did knowingly and intentionally combine, conspire, confederate, and agree together, with other persons known and unknown to the affiant, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.  Yes.

SA Justin Marshall, HSI
Complainant

Sworn to before me, and subscribed in my presence

October 12, 2012 at Plano, Texas

Date — DON D. BUSH, U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

City and State

Signature of Judicial Officer